# UNDER SEAL

UNDER SEAL

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

JAMIE A. YAVELBERG
ROBERT J. MCAULIFFE
ANTHONY D. GILL
Attorneys, Civil Fraud Section
U.S. Department of Justice
175 N St. N.E.
Washington, DC 20002
(202) 616-3085
Anthony.D.Gill@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. CMB Export, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Tonopah Solar Energy, LLC, et al., <br><br> Defendants. | Case No.: 2:20-cv-00196-JCM-VCF <br><br> **Order** |

The United States having declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that the complaint be unsealed and served upon the defendants by the relator.

IT IS FURTHER ORDERED that all other contents of the Court's docket in this action remain under seal and not be made public or served upon the defendants, except for this Order

3

1  and The United States' Notice of Election to Decline Intervention, which the relator will serve
2  upon the defendants only after service of the complaint.
3      IT IS FURTHER ORDERED that the seal be lifted as to all other matters occurring in
4  this action after the date of this Order.
5      IT IS FURTHER ORDERED that the parties shall serve all pleadings and motions filed
6  in this action, including supporting memoranda, upon the United States, as provided for in 31
7  U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to
8  intervene in this action, for good cause, at any time.
9      IT IS FURTHER ORDERED that the parties shall serve all notices of appeal upon the
10 United States.
11     IT IS FURTHER ORDERED that the Clerk of Court must serve all orders of this Court
12 on the United States.
13     IT IS FURTHER ORDERED that should the relator or the defendants propose that this
14 action be dismissed, settled, or otherwise discontinued, the Court will provide the United States
15 with notice and an opportunity to be heard before ruling or granting its approval.

Dated:  August 22, 2023

*James C. Mahan*

———————————————
UNITED STATES DISTRICT JUDGE