# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States, ex rel. CMB Export, LLC,

    Plaintiff(s),

vs.

Tonopah Solar Energy, LLC et al.,

    Defendant(s).

2:20-cv-00196-JCM-MDC

**Order**

Chambers of Magistrate Judge Maximiliano D. Couvillier III received a letter from CMB Export, LLC ("Relator's") counsel, John S. Poulos, asking the Court for a status hearing to discuss the case and ensure unsealing of the documents. Pursuant to LR IA 7-1(b), an attorney may not send case-related correspondence, such as letters, to the court. Counsel is reminded that all requests to the Court must be in writing and in the form of a motion, stipulation, or notice, and filed on the Court's docket and served on all other attorneys. *Id.* Counsel is reminded that, pursuant to LR IA 7-2, ex parte communications are prohibited and is cautioned against further attempts to communicate with the Court ex parte. The Court did not, and will not, communicate with counsel ex party. Counsel may file a motion in compliance with LCR 47-1, setting forth in full detail the supporting points and authorities. The Court, out of abundance of caution is filing the letter on the public docket, but the Court will not address counsel's request until he has filed a motion.

ACCORDINGLY,

IT IS ORDERED that counsel submit his request for status conference as a motion.

DATED this 1st day of February 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge