# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States, ex rel. CMB Export, LLC, | 2:20-cv-00196-JCM-MDC |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Tonopah Solar Energy, LLC., *et al.*, | |
| Defendant(s). | |

The *Motion for Status Conference* (ECF No. 32) is **GRANTED**. A Status Hearing is set for **Friday, April 5, 2024**, at 10:00 AM in courtroom 3D.

It is so ordered.

Dated this 14th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge