D. Lee Roberts, Jr.
Nevada Bar No. 8877
Colby Balkenbush
Nevada Bar No. 13066
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Boulevard - Suite 400
Las Vegas, NV 89118
(702) 938-3809
lroberts@wwhgd.com
cbalkenbush@wwhgd.com

Philip D. Robben (*pro hac vice* forthcoming)
James B. Saylor (*pro hac vice* forthcoming)
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
probben@kelleydrye.com
jsaylor@kelleydrye.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES ex rel. CMB EXPORT, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Nevada limited liability company, COBRA ENERGY INVESTMENT, LLC, a Delaware limited liability company, COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC, a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, COBRA CONCESIONES, S.L., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00196-JCM-MDC<br><br>**STIPULATION TO ACCEPT SERVICE AND EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(First Request)** |

141446178.1

**WHEREAS**, CMB Export LLC ("Plaintiff") filed its initial complaint in this action on January 29, 2020 (*See* ECF No. 1);

**WHEREAS**, Plaintiff filed a First Amended Complaint on September 9, 2020 (*See* ECF No. 9);

**WHEREAS**, the United States of America filed a Declination of Intervention on June 1, 2023 (*See* ECF No. 24);

**WHEREAS**, on January 4, 2024, the United States of America served on Plaintiff the Court's order on the United States of America's Declination of Intervention (*See* ECF No. 27);

**WHEREAS**, the Court granted the United States' motion to unseal the case on January 24, 2024 (*See* ECF No. 30);

**WHEREAS**, on April 5, 2024, the Court held a status conference and granted Plaintiff leave to file a Second Amended Complaint within 15 days of the status conference;

**WHEREAS**, Plaintiff filed its Second Amended Complaint on April 19, 2024 against Defendants Tonopah Solar Energy, LLC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra Industrial Services, Inc., Cobra Thermosolar Plants, Inc., Cobra Instalaciones y Servicios S.A., ACS Servicios Comunicaciones y Energia, S.L., and Cobra Concesiones, S.L. (collectively, "Defendants") (*See* ECF No. 39);

**WHEREAS**, on May 24, 2024, Plaintiff served the Second Amended Complaint on Defendants Tonopah Solar Energy, LLC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra Industrial Services, Inc., and Cobra Thermosolar Plants, Inc. (*See* ECF Nos. 50–54);

**WHEREAS**, to avoid the time, burden and expense for Plaintiff to serve Defendants that are incorporated and headquartered outside of the United States, and in exchange for an extension of time for all Defendants to respond to the Second

Amended Complaint, Defendants ACS Servicios Comunicaciones y Energia, S.L., Cobra Concesiones, S.L., and Cobra Instalaciones y Servicios S.A. have agreed to accept service of the Second Amended Complaint and waive objections to the sufficiency of service, without waiver of defenses of personal jurisdiction, venue, or any other defense which may be asserted against the Second Amended Complaint;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants that:

- The current deadline for the Defendants who have been served to file an answer or motion in response to the Second Amended Complaint—June 14, 2024—is vacated;

- All Defendants will file an answer or motion in response to the Second Amended Complaint no later than November 8, 2024;

- Defendants agree to waive any challenge as to the sufficiency of Plaintiffs' service of the summons and complaint. This waiver as to the sufficiency of service shall not be construed to extend to any other potential defense or objection, including but not limited to objections to personal jurisdiction or to venue. All other defenses are expressly preserved and may be asserted by any defendant in either its forthcoming answer or motion.

This is the Parties' first request for an extension of time to respond to the Second Amended Complaint and is made before the expiration of any deadline to answer or otherwise respond to the Second Amended Complaint by any Defendant. The requested extension is made in good faith and is not for purposes of delay.

2
STIPULATION TO ACCEPT SERVICE AND EXTEND TIME FOR DEFENDANTS
TO RESPOND TO SECOND AMENDED COMPLAINT

141446178.1

1  DATED: June 12, 2024.

2  LEWIS BRISBOIS BISGAARD & SMITH LLP

3  By: */s/ John S. Poulos*
4     John S. Poulos
       Nevada Bar No. 15085
5      Timothy J. Nally
6      admitted *pro hac vice*
       2020 West El Camino Avenue, Suite 700
7      Sacramento, CA 95833
8      (916) 564-5400

9      *Counsel for Plaintiff*

| KELLEY DRYE & WARREN LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| Philip D. Robben (*pro hac vice* forthcoming) | By: */s/ Colby L. Balkenbush* |
| James B. Saylor (*pro hac vice* forthcoming) | D. Lee Roberts, Jr. |
|  | Nevada Bar No. 8877 |
| 3 World Trade Center | Colby Balkenbush |
| 175 Greenwich Street | Nevada Bar No. 13066 |
| New York, NY 10007 | 6385 South Rainbow Boulevard |
| Tel: (212) 808-7800 | Suite 400 |
| Facsimile: (212) 808-7897 | Las Vegas, NV 89118 |
| probben@kelleydrye.com | (702) 938-3809 |
| jsaylor@kelleydrye.com | lroberts@wwhgd.com |
|  | cbalkenbush@wwhgd.com |
|  | *Counsel for Defendants* |

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated:  6/18/2024

3
STIPULATION TO ACCEPT SERVICE AND EXTEND TIME FOR DEFENDANTS
TO RESPOND TO SECOND AMENDED COMPLAINT

141446178.1