| | |
|---|---|
| 1  D. Lee Roberts, Jr.<br>   Nevada Bar No. 8877<br>2  Colby Balkenbush<br>   Nevada Bar No. 13066<br>3  WEINBERG, WHEELER, HUDGINS,<br>   GUNN & DIAL, LLC<br>4  6385 South Rainbow Boulevard - Suite 400<br>   Las Vegas, NV 89118<br>5  (702) 938-3809<br>   lroberts@wwhgd.com<br>6  cbalkenbush@wwhgd.com | Philip D. Robben (*pro hac vice* forthcoming)<br>James B. Saylor (*pro hac vice* forthcoming)<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>probben@kelleydrye.com<br>jsaylor@kelleydrye.com |

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES ex rel. CMB EXPORT, LLC, a Texas limited liability company,<br><br>      Plaintiff,<br><br>vs.<br><br>TONOPAH SOLAR ENERGY, LLC, a Nevada limited liability company, COBRA ENERGY INVESTMENT, LLC, a Delaware limited liability company, COBRA ENERGY INVESTMENT FINANCE, INC., a Delaware corporation, COBRA INDUSTRIAL SERVICES, INC., a Delaware corporation, COBRA THERMOSOLAR PLANTS, INC, a Nevada corporation, COBRA INSTALACIONES Y SERVICIOS S.A., a Spanish corporation, ACS SERVICIOS COMUNICACIONES Y ENERGIA, S.L., a Spanish corporation, COBRA CONCESIONES, S.L., and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:20-cv-00196-JCM-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(Second Request)** |

**WHEREAS**, CMB Export LLC ("Plaintiff") filed its initial complaint in this action on January 29, 2020 (*See* ECF No. 1);

**WHEREAS**, Plaintiff filed a First Amended Complaint on September 9, 2020 (*See* ECF No. 9);

**WHEREAS**, the United States of America filed a Declination of Intervention on June 1, 2023 (*See* ECF No. 24);

**WHEREAS**, on January 4, 2024, the United States of America served on Plaintiff the Court's order on the United States of America's Declination of Intervention (See ECF No. 27);

**WHEREAS**, the Court granted the United States' motion to unseal the case on January 24, 2024 (*See* ECF No. 30);

**WHEREAS**, Plaintiff filed a Second Amended Complaint on April 19, 2024 against Defendants Tonopah Solar Energy, LLC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra Industrial Services, Inc., Cobra Thermosolar Plants, Inc., Cobra Instalaciones y Servicios S.A., ACS Servicios Comunicaciones y Energia, S.L., and Cobra Concesiones, S.L. (collectively, "Defendants") (*See* ECF No. 39);

**WHEREAS**, on May 24, 2024, Plaintiff served the Second Amended Complaint on Defendants Tonopah Solar Energy, LLC, Cobra Energy Investment, LLC, Cobra Energy Investment Finance, Inc., Cobra Industrial Services, Inc., and Cobra Thermosolar Plants, Inc. (*See* ECF Nos. 50–54);

**WHEREAS**, on June 18, 2024, the Court granted the parties' joint Stipulation to Accept Service and Extend Time for Defendants to Respond to Second Amended Complaint, thereby setting Defendants' time to respond to the Second Amended Complaint as November 8, 2024 (*See* ECF No. 56);

**WHEREAS**, on November 7, 2024, the United States of America filed a Notice of Intervention and Motion to Dismiss Pursuant to 31 U.S.C. §§ 3730(c)(3) and 3730(c)(2)(A) (the "Government Motion") (*See* ECF No. 61);

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO SECOND AMENDED COMPLAINT

1  **WHEREAS**, in light of the Government Motion, Plaintiff and Defendants
2  have agreed to a further continuance of Defendants' time to respond to the Second
3  Amended Complaint to conserve resources of the Court, Plaintiff, and Defendants;
4
5  **IT IS HEREBY STIPULATED AND AGREED**, by and between the
6  undersigned counsel for Plaintiff and Defendants that:
7  • The current deadline for the Defendants who have been served to file an
8    answer or motion in response to the Second Amended Complaint—November
9    8, 2024—is vacated;
10 • All Defendants will file an answer or motion in response to the Second
11   Amended Complaint within 30 days of the Court's resolution of the
12   Government Motion, in the event the Government Motion does not result in
13   dismissal of the case;
14 • Defendants agree to waive any challenge as to the sufficiency of Plaintiff's
15   service of the summons and complaint. This waiver as to the sufficiency of
16   service shall not be construed to extend to any other potential defense or
17   objection, including but not limited to objections to personal jurisdiction or to
18   venue. All other defenses are expressly preserved and may be asserted by any
19   defendant in either its forthcoming answer or motion(s).
20 This is the Parties' second request for an extension of time to respond to the
21 Second Amended Complaint and is made before the expiration of any deadline to
22 answer or otherwise respond to the Second Amended Complaint by any Defendant.
23 The requested extension is made in good faith and is not for purposes of delay.

DATED: November 8, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ John S. Poulos*
    John S. Poulos
    Nevada Bar No. 15085
    Timothy J. Nally
    admitted *pro hac vice*
    2020 West El Camino Avenue, Suite 700
    Sacramento, CA 95833
    (916) 564-5400

    *Counsel for Plaintiff*

| KELLEY DRYE & WARREN LLP | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| Philip D. Robben<br>(*pro hac vice* forthcoming)<br>James B. Saylor<br>(*pro hac vice* forthcoming)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>Facsimile: (212) 808-7897<br>probben@kelleydrye.com<br>jsaylor@kelleydrye.com | By: */s/ Colby L. Balkenbush*<br>D. Lee Roberts, Jr.<br>Nevada Bar No. 8877<br>Colby L. Balkenbush<br>Nevada Bar No. 13066<br>6385 South Rainbow Boulevard<br>Suite 400<br>Las Vegas, NV 89118<br>(702) 938-3809<br>lroberts@wwhgd.com<br>cbalkenbush@wwhgd.com<br><br>*Counsel for Defendants* |

**IT IS ~~SO~~ ORDERED.**

_____
United States Magistrate Judge

Dated: 11/12/2024

3
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO SECOND AMENDED COMPLAINT