1  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
2
3  JASON M. FRIERSON
   United States Attorney
   District of Nevada
4  Nevada Bar No. 7709
   REEM BLAIK
5  Assistant United States Attorney
   Nevada Bar No. 16386
6  U.S. Attorney's Office
   501 Las Vegas Boulevard South, Suite 1100
7  Las Vegas, Nevada 89101
   (702) 388-6336
8  Reem.Blaik@usdoj.gov

9  JAMIE A. YAVELBERG
   ROBERT J. MCAULIFFE
10 ANTHONY D. GILL
   Attorneys, Civil Fraud Section
11 U.S. Department of Justice
   175 N St. N.E.
12 Washington, DC 20002
   (202) 305-2335
13 Anthony.D.Gill@usdoj.gov

14 *Attorneys for the United States*

15
                    **UNITED STATES DISTRICT COURT**
16
                          **DISTRICT OF NEVADA**
17

18 | United States of America ex rel. CMB Export, LLC, | ) Case No.: 2:20-cv-00196-JCM-DJA
19 |                                                   | )
   |         Plaintiff,                                | )
20 |                                                   | ) **Stipulation and Order to Extend United States' Deadline to File Response in Support of Motion to Dismiss**
   |     v.                                            | )
21 |                                                   | )
   | Tonopah Solar Energy, LLC, et al.,                | )
22 |                                                   | ) **(First Request)**
   |         Defendants.                               | )
23 |                                                   | )

24       Pursuant to FRCP 6(b)(1)(A), LR IA 6-1, and LR 26-3, the United States of America and

25 CMB Export, LLC stipulate to extending the United States' deadline to file a Response in Support

26 of its Motion to Dismiss ("Response") by fourteen (14) days. This stipulation would move the

27 United States' deadline to file its Response to **December 13, 2024**. The standard for extending

28 time is good cause. *See* FRCP 6(b)(1)(A).

                                        1

The United States requires this brief extension of time to finalize its Response due to staff absences related to the Thanksgiving holiday. Accordingly, the United States has good cause to request a 14-day extension to file its response in support of the Motion. This is the first request to extend the United States' response in support of the Motion.

**IT IS SO STIPULATED.**

Dated: November 26, 2024                     Dated: November 26, 2024

**U.S. ATTORNEY'S OFFICE**                   **LEWIS BRISBOIS BISGAARD & SMITH**

 /s/ Reem Blaik                              /s/ John S. Poulos
REEM BLAIK                                   JOHN S. POULOS
501 Las Vegas Blvd. South, Suite 1100        2020 W. El Camino Ave., Suite 700
Las Vegas, Nevada 89101                      Sacramento, CA 95833
*Attorneys for the United States of America*  6385 South Rainbow Blvd., Suite 600
                                             Las Vegas, NV 89118
                                             *Attorneys for CMB Export, LLC*


**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 27, 2024